# Exhibit 2

**<u>Infringement Chart of U.S. Patent No. 8,314,547 (the "'547 Patent")</u>**

This claim chart for claim 1 of the '547 Patent is based only on publicly available information. Therefore, this claim chart, while based on diligent investigation by Pictiva and its counsel, reflects only the current state of Pictiva's knowledge, understanding, and belief on this subject. Pictiva continues to investigate the facts relating to this action. Pictiva reserves the right to amend, modify, or supplement this claim chart during these proceedings, including to identify additional asserted claims or infringing instrumentalities, including based on additional information that Pictiva learns during the course of its investigation or during the course of discovery or otherwise, including information learned from documents produced by Samsung Electronics Co., Ltd. ("SEC") Samsung Electronics America, Inc. ("SEA"), or Samsung Display Co., Ltd. ("SDC") (collectively, "Samsung"), witnesses or contentions of Samsung or third parties, and other information.

Samsung has not yet provided any discovery in this case regarding the structure or operation of its Penta Tandem QD-OLED products or manufacturing processes. Pictiva expects that information to be revealed in discovery may result in identification of additional instances of Samsung's infringement, and may also enable identification of additional claims infringed by Samsung. Pictiva's analysis is not limited to the exemplar products and processes depicted and described herein.

"Accused Products" as used herein refer to TVs, monitors, or other electronic products incorporating Samsung's Penta Tandem Quantum Dot OLED ("QD-OLED") technology.

This claim chart applies the Court's constructions *in Pictiva Displays Int'l Ltd. v. Samsung Elecs. Co.*, No. 2:23-cv-495 (E.D. Tex.) ("*Pictiva I*"). *Pictiva I*, Dkt. 397 (*Markman* Order).

| Claim Elements | Accused Products |
|---|---|
| **1[pre]**. An optoelectronic device, comprising: | To the extent that the preamble is determined to be a limitation or otherwise limiting, which Pictiva does not concede, the Accused Products each include an optoelectronic device.<br><br>By way of non-limiting example, each Accused Product includes a QD-OLED display with a quantum dot conversion/filter layer, which comprises an optoelectronic device, for use in the Accused Products. For example, the Accused Products include the following QD-OLED Penta Tandem structure, which comprises an optoelectronic device because, e.g., it converts an electrical signal into an optical signal:<br><br><br><br>Why Five Layers? Inside Samsung Display's QD-OLED Penta Tandem, SAMSUNG DISPLAY (Mar. 25, 2026), https://global.samsungdisplay.com/31443 (hereafter "Inside Samsung Display's QD-OLED Penta Tandem"). According to the website, "QD-OLED produces color by passing self-emissive blue OLED light through a quantum dot (QD) layer." *Id.* |

- 2 -

| Claim Elements | Accused Products |
|---|---|
|  | *See also, e.g.*, 3 Core Technologies Behind the Exceptional Picture Quality of Samsung Display's QD-OLED Monitors, SAMSUNG DISPLAY (Apr. 10, 2026), https://global.samsungdisplay.com/31446.<br><br> |

| Claim Elements | Accused Products |
|---|---|
| | Samsung Display's 27-inch UHD (3840×2160) QD-OLED monitor panel utilizes the Penta Tandem QD-OLED, as do certain TV panels. Samsung Display has also announced plans to expand QD-OLED Penta Tandem across other product lines in 2026. *See* Samsung Display Launches 'QD-OLED Penta Tandem™', a New Premium Technology Brand, SAMSUNG DISPLAY (Feb. 12, 2026), https://global.samsungdisplay.com/31428 (hereafter "Samsung Display Launches QD-OLED Penta Tandem") ("Samsung Display plans to expand QD-OLED Penta Tandem across its full range of panel sizes this year, supplying the technology for flagship products from major customers. Following last year's 27-inch UHD panel and the 31.5-inch UHD and 34-inch WQHD products introduced earlier this year, the technology will be applied to a 49-inch Dual QHD (5120×1440) model. In the TV segment, Penta Tandem has been featured in top-tier self-emissive TV display lineups from key customers since 2025."). <br><br> Certain MSI monitors also include QD-OLED Penta Tandem Displays, including: <br> • MPG 341CQR QD-OLED X36 <br> • MAG 341CQP QD-OLED X28 <br> • MPG 322UR QD-OLED X24 <br> • MAG 321UP QD-OLED X24 <br> • MAG 272UP QD-OLED X24 <br> • MPG 272URX QD-OLED <br><br> MSI Strengthens Strategic Partnership with Samsung Display, Integrating Penta Tandem™ Technology Across 2026 QD-OLED Monitor Lineup, MSI (Feb. 13, 2026), https://www.msi.com/news/detail/MSI-Strengthens-Strategic-Partnership-with-Samsung-Display--Integrating-Penta-Tandem--Technology-Across-2026-QD-OLED-Monitor-Lineup-148113. <br><br> This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents, and the Accused Products incorporate structure and functionality that is not substantially different from the requirements of the limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieve substantially or exactly the same result. |

| Claim Elements | Accused Products |
| --- | --- |
| 1[a]. an organic layer sequence which emits an electromagnetic radiation having a first wavelength spectrum during operation; and | The Accused Products each include "an organic layer sequence which emits an electromagnetic radiation having a first wavelength spectrum during operation." |
| | In *Pictiva I*, the Court construed "an organic layer sequence which emits an electromagnetic radiation having a first wavelength spectrum during operation" as "an organic layer sequence which emits an electromagnetic radiation with a first wavelength spectrum which corresponds to substantially the entire wavelength spectrum of the electromagnetic radiation emitted by the organic layer sequence during operation where substantially the entire wavelength spectrum refers to the entire wavelength spectrum emitted from the organic layer sequence except for the noise at the tail-end of the spectrum." *Pictiva I*, Dkt. 397 at 49. |
| | The Accused Products meet this limitation as construed in *Pictiva I*. By way of non-limiting example, each of the Accused Products includes a tandem blue light-emitting source in which each tandem contains multiple organic layers, including at least an electron-conducting layer, a hole transport layer and an emission layer with required charge-generation layers or electrodes. The blue light emitting source (which includes multiple tandems, each an organic layer sequence) emits light (an electromagnetic radiation) having a wavelength in the blue light region except for the noise at the tail end of the spectrum (first wavelength spectrum) during operation. |

*See, e.g.*, Inside Samsung Display's QD-OLED Penta Tandem:



*See also id.* ("QD-OLED produces color by passing self-emissive blue OLED light through a quantum dot (QD) layer. Blue light's high energy delivers brighter, more vivid, and precise images. Samsung Display takes it further with a tandem structure, stacking multiple blue-emitting layers for even higher brightness and exceptional color purity, engineered from the light source up.").

*See also* Samsung Display Launches QD-OLED Penta Tandem ("QD-OLED expresses color using quantum dots that respond to light, with the blue emitting layer serving as the light source due to its high energy within the visible spectrum. Beginning last year, Samsung Display advanced the blue emitting layer stack from four layers to five, and applied the latest organic materials, completing a new generation of QD-OLED that delivers superior picture quality, efficiency, and peak brightness."). In particular, the multi-layer stacking of organic light-emitting materials has emerged as a key differentiator amid intensifying competition in the high-resolution monitor market.").

*See also* Samsung Display brands five-layer QD-OLED as Penta-Tandem premium tech, https://www.guru3d.com/story/samsung-display-brands-fivelayer-qdoled-as-pentatandem-premium-tech/ (last accessed May 19, 2026) ("Samsung Display has introduced a new premium technology label for its latest QD-OLED generation: 'QD-OLED Penta-Tandem.' The branding is built around a specific hardware change—an updated five-layer organic light-emitting structure—intended to differentiate the company's newest panels for high-end monitors and TVs. The 'Penta' portion refers to the number five, while 'Tandem' describes the stacked, series-style OLED emission approach used to improve efficiency and sustain performance as panel demands increase. For QD-OLED, the most important part of the stack is the blue-emitting layer. QD-OLED panels use blue OLED emission as the light source, while quantum dots convert parts of that blue light into red and green to produce the final image.").

*See also* Tandem OLED Display Technology: How Does It Work?, Ossila, https://www.ossila.com/pages/tandem-oled (last accessed May 19, 2026).



Tandem OLED device structure and layers

| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents, and the Accused Products incorporate structure and functionality that is not substantially different from the requirements of the limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieve substantially or exactly the same result. |

| Claim Elements | Accused Products |
| --- | --- |
| **1[b].** a structured layer disposed downstream of the organic layer sequence in a beam path of the electromagnetic radiation emitted by the organic layer sequence and including first and second regions; | The Accused Products each include "a structured layer disposed downstream of the organic layer sequence in a beam path of the electromagnetic radiation emitted by the organic layer sequence and including first and second regions." <br><br> For example, each of the Accused Products includes what Samsung calls a "QD Layer" (structured layer) disposed downstream of the blue-light emitting tandems (each an organic layer sequence) in a beam bath of the light emitted by the blue light emitting tandems. By way of example, as illustrated below, the structured layer, includes one or more regions containing red or green quantum dots that convert blue light to red or green light (first regions), as well as one or more regions containing a blue filter that is transparent to the emitted blue light (second regions). <br><br> *See, e.g.,* Inside Samsung Display's QD-OLED Penta Tandem (annotated): <br><br> |

| | |
|---|---|
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents, and the Accused Products incorporate structure and functionality that is not substantially different from the requirements of the limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieve substantially or exactly the same result. |

| Claim Elements | Accused Products |
|---|---|
| **1[c].** wherein the first regions each include a wavelength conversion layer configured to convert at least partially electromagnetic radiation having a first wavelength spectrum into an electromagnetic radiation having a second wavelength spectrum; | The Accused Products each include "first regions" that "each include a wavelength conversion layer configured to convert at least partially electromagnetic radiation having a first wavelength spectrum into an electromagnetic radiation having a second wavelength spectrum." <br><br> For example, in the QD-OLED display panel in each of the Accused Products, blue light emitted by the blue light emitting tandems (a first wavelength spectrum which corresponds to the entire wavelength spectrum emitted from the blue light emitting tandems except for the noise at the tail-end of the spectrum) is converted to red light (a second wavelength spectrum) after passing through the red quantum dots region. Similarly, blue light emitted by the blue light emitting source (a first wavelength spectrum which corresponds to the entire wavelength spectrum emitted from the blue light emitting tandems except for the noise at the tail-end of the spectrum) is converted to green light (a second wavelength spectrum) after passing through the green quantum dots region. <br><br> *See, e.g.,* Inside Samsung Display's QD-OLED Penta Tandem (annotated): <br><br>  |

*See also, e.g.*, [Display Glossary.zip] EP.24 : QD-OLED, SAMSUNG DISPLAY (Feb. 6, 2025), https://global.samsungdisplay.com/31340?type=search&category=&search_type=tag&search=QD-OLED&search_term=0&page=2&search_sdate=2026-04-30&search_edate=2026-04-30 ("QDs have the property of producing different colors depending on their particle size when supplied with light or electrical energy.").



The red quantum dots/red color filter regions, the green quantum dots/green color filter regions or both can be first regions.

By way of further non-limiting This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents, and the Accused Products incorporate structure and functionality that is not substantially different from the requirements of the limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieve substantially or exactly the same result.

| Claim Elements | Accused Products |
|---|---|
| **1[d].** wherein the second regions each include a filter layer which is at least partially opaque to an electromagnetic radiation having a third wavelength spectrum which corresponds to at least one part of the second wavelength spectrum; | The Accused Products each include "second regions" that "each include a filter layer which is at least partially opaque to an electromagnetic radiation having a third wavelength spectrum which corresponds to at least one part of the second wavelength spectrum." <br><br> In *Pictiva I*, the Court construed "at least partially opaque to an electromagnetic radiation" as "at least partially block an electromagnetic radiation." *Pictiva I*, Dkt. 397 at 49. <br><br> The Accused Products meet this limitation as construed in *Pictiva I*. For example, in the blue filter regions (second regions), blue light is passed through a blue filter. But that region is opaque to, for example, light (electromagnetic radiation) having a third wavelength spectrum that corresponds to at least red and/or green light wavelength spectrum (i.e., part of the second wavelength spectrum). <br><br> *See, e.g.,* Inside Samsung Display's QD-OLED Penta Tandem (annotated): <br><br> |

| | *See also, e.g.*, Yunfeng Long & Hong Meng, Key Components for Active-Matrix OLED Displays: *Fundamentals and Market Status,* 280 J. Luminescence, art. 121099 (May 2025) (depicting color filters in QD-OLEDs, abbreviated "CF"); *see also id.*, Table 7 ("CF" color filter layers are comprised of "Organic Photoresist"). |
| | |
| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents, and the Accused Products incorporate structure and functionality that is not substantially different from the requirements of the limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieve substantially or exactly the same result. |

| Claim Elements | Accused Products |
|---|---|
| **1[e].** wherein the first and second regions of the structured layer are arranged laterally in a beam path of the optoelectronic device; and | The Accused Products each include "first and second regions" such that "the first and second regions of the structured layer are arranged laterally in a beam path of the optoelectronic device." <br><br> In *Pictiva I*, the parties agreed to construe "the first and second regions of the structured layer are arranged laterally in a beam path of the optoelectronic device" as "the first and second regions of the structured layer are not arranged in a manner in which the first and second regions are stacked one above another in a beam path of the optoelectronic device." *Pictiva I*, Dkt. 108 at 1. <br><br> The Accused Products meet this limitation as construed in *Pictiva I*. For example, as illustrated below, the red and green QD regions (first regions) and the blue filter regions (second regions) are arranged laterally in a beam path of the optoelectronic device. <br><br> *See, e.g.*, Inside Samsung Display's QD-OLED Penta Tandem (annotated): <br><br> |

| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents, and the Accused Products incorporate structure and functionality that is not substantially different from the requirements of the limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieve substantially or exactly the same result. |
|---|---|

- 16 -

| Claim Elements | Accused Products |
|---|---|
| **1[f].** wherein the filter layer is transparent to the electromagnetic radiation having the first wavelength spectrum. | The Accused Products each include a filter layer that is "transparent to the electromagnetic radiation having the first wavelength spectrum." <br><br> In *Pictiva I*, the Court construed "transparent to the electromagnetic radiation having the first wavelength spectrum" as "permitting an electromagnetic radiation having the first wavelength spectrum to pass through in a substantially unimpeded manner and substantially without alteration to its spectral components." *Pictiva I*, Dkt. 397 at 49. <br><br> For example, in the QD-OLED display panel in each of the Accused Products, the blue light from the blue light emitting tandems passes through the blue filter regions (second region) as blue light, indicating that the blue filter regions are transparent to the blue light (first wavelength spectrum). <br><br> *See, e.g.,* Inside Samsung Display's QD-OLED Penta Tandem: <br><br> |

| | This claim element is literally present, as described herein, but is also satisfied under the doctrine of equivalents, and the Accused Products incorporate structure and functionality that is not substantially different from the requirements of the limitation because they achieve substantially or exactly the same function, in substantially or exactly the same way as set forth in the claim element (as described herein), and achieve substantially or exactly the same result. |
|---|---|