AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| PICTIVA DISPLAYS INTERNATIONAL LTD.; KEY PATENT INNOVATIONS LIMITED | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  2:26-cv-00433 |
| v. | ) ) | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Samsung Electronics America, Inc. by and through C T Corporation System, located at 1999 Bryan Street, Suite 900, Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer Truelove
McKool Smith PC
104 East Houston Street, Sute 300
Marshall, Texas 75670

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:    **5/27/2026**

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
Eastern District of Texas

PICTIVA DISPLAYS INTERNATIONAL LTD, ET AL  
**PLAINTIFF**

§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§

VS.

CAUSE NO. 2:26-CV-00433-JRG-RSP

SAMSUNG DISPLAY CO., LTD.,ET AL  
**DEFENDANT**

**SUMMONS IN A CIVIL ACTION**  
**RETURN OF SERVICE**

On Wednesday, May 27, 2026 at 12:36 PM, this SUMMONS IN A CIVIL ACTION, COMPLAINT FOR PATENT INFRINGEMENT, EXHIBIT 1, EXHIBIT 2, EXHIBIT 3, CIVIL COVER SHEET, PLAINTIFFS PICTIVA DISPLAYS INTERNATIONAL LTD. AND KEY PATENT INNOVATIONS LIMITED'S RULE 7.1. DISCLOSURE STATEMENT, PLAINTIFFS PICTIVA DISPLAYS INTERNATIONAL LTD. AND KEY PATENT INNOVATIONS LIMITED'S MOTION TO FILE UNDER SEAL, ORDER, PLAINTIFFS PICTIVA DISPLAYS INTERNATIONAL LTD. AND KEY PATENT INNOVATIONS LIMITED'S MOTION FOR A PRELIMINARY INJUNCTION, DECLARATION OF REBECCA CARSON IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, EXHIBIT 1, EXHIBIT 2, EXHIBIT 3, EXHIBIT 4, EXHIBIT 5, EXHIBIT 6, EXHIBIT 7, EXHIBIT 8, EXHIBIT 9, EXHIBIT 10, EXHIBIT 11, EXHIBIT 12, EXHIBIT 14, EXHIBIT 15, EXHIBIT 16, EXHIBIT 17, EXHIBIT 18, EXHIBIT 19, [PROPOSED] ORDER, REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK for SAMSUNG ELECTRONICS AMERICA, INC. C/O REGISTERED AGENT CT CORPORATION SYSTEM was received by me.

On Wednesday, May 27, 2026 at 2:59 PM, I delivered the above-mentioned documents to Intake Specialist: Alexshondra Willis
 who represented that they were authorized to accept service on behalf of SAMSUNG ELECTRONICS AMERICA, INC. C/O REGISTERED AGENT CT CORPORATION SYSTEM at 1999 BRYAN STREET STE. 900, DALLAS, TX 75201.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Wednesday, May 27, 2026

*Tracy Dewayne Edwards*

Tracy Dewayne Edwards  
Process Server  
1201 Louisiana St Ste 370  
Houston, TX 77002

05076.00002  
DocID: P351583_1