**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PICTIVA DISPLAYS INTERNATIONAL LTD., KEY PATENT INNOVATIONS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-00433-JRG |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiffs Pictiva Displays International Ltd. and Key Patent Innovations Limited and Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, the "Parties") respectfully submit this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties would respectfully inform the Court as follows:

The Parties have reached a settlement in principle of all matters in controversy, pending documentation. The Parties intend to file a joint motion or stipulation to dismiss this case after this has been completed. In the meantime, the parties respectfully request that the Court stay all deadlines, including the Preliminary Injunction Hearing currently set for September 25, 2026, for thirty (30) days pending the filing of the forthcoming motion or stipulation to dismiss. There is good cause for an immediate stay of this proceeding pending the filing of the forthcoming motion or stipulation to dismiss. The requested stay will conserve the resources of the Court and the Parties.

A proposed order is submitted herewith.

Dated: September 12, 2026

Respectfully submitted,

By: */s/ Melissa R. Smith*

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

Sean Pak
California Bar No. 219032 (admitted pro hac vice)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700

Lance Yang
California Bar No. 260705 (admitted in E.D. Tex.)
lanceyang@quinnemanuel.com
Arian Koochesfahani
California Bar No. 344642
ariankoochesfahani@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

***Counsel for Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.***

By: */s/ Rebecca Carson*
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (pro hac vice to be filed)
jsheasby@irell.com
Annita Zhong, PhD (pro hac vice to be filed)
hzhong@irell.com
Michael Tezyan (pro hac vice to be filed)
mtezyan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Rebecca Carson (pro hac vice to be filed)
rcarson@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Tel. (949) 760-0991
Fax (949) 760-5200

***Attorneys for Plaintiff Pictiva Displays International Ltd. and Key Patent Innovations Limited***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 12th day of September 2026.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

I hereby certify that Counsel for Plaintiffs and Counsel for Defendants have complied with the meet and confer requirement in Local Rule CV -7(h) regarding this Motion. The Parties are in agreement and are seeking joint relief.

*/s/ Melissa R. Smith*
Melissa R. Smith