**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PICTIVA DISPLAYS INTERNATIONAL LTD., KEY PATENT INNOVATIONS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-00433-JRG |

**JOINT MOTION AND STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Pictiva Displays International Ltd. and Key Patent Innovations Limited (collectively, "Pictiva" or "Plaintiffs") hereby voluntarily dismiss all claims with prejudice, and Samsung Display Co., Ltd., Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung" or "Defendants") voluntarily dismiss all counterclaims in this action with prejudice. All claims of infringement that Plaintiffs raised or could have raised in this action are dismissed **WITH PREJUDICE**. Each Party will bear its own costs, expenses, and attorneys' fees.

A proposed order is submitted herewith.

By: */s/ Rebecca Carson*
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (pro hac vice)
jsheasby@irell.com
Rebecca Carson (pro hac vice)
rcarson@irell.com
Annita Zhong, PhD (pro hac vice)
hzhong@irell.com
Michael Tezyan (pro hac vice)
mtezyan@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiffs Pictiva Displays International Ltd. and Key Patent Innovations Ltd.***

| | | |
|---|---|---|
| Dated: October 8, 2026 | By: | Respectfully submitted,<br><br>*/s/ Melissa R. Smith* |
| | | Melissa R. Smith<br>Texas State Bar No. 24001351<br>melissa@gillamsmithlaw.com<br>**GILLAM & SMITH, LLP**<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Phone: (903) 934-8450<br>Fax: (903) 934-9257<br><br>D. James Pak (admitted *pro hac vice*)<br>Lance Yang (admitted in E.D. Tex.)<br>Patrick Schmidt (admitted *pro hac vice*)<br>djamespak@quinnemanuel.com<br>lanceyang@quinnemanuel.com<br>patrickschmidt@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: 213-443-3000<br>Fax: 213-443-3100<br><br>Sean S. Pak (admitted *pro hac vice*)<br>Melissa J. Baily (admitted in E.D. Tex.)<br>seanpak@quinnemanuel.com<br>melissabaily@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Tel: 415-875-6600<br>Fax: 415-875-6700<br><br>***Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 8th day of October, 2026.

*/s/ Rebecca Carson*
Rebecca Carson

**CERTIFICATE OF CONFERENCE**

I hereby certify that Counsel for Plaintiffs and Counsel for Defendants have complied with the meet and confer requirement in Local Rule CV -7(h) regarding this Motion. The Parties are in agreement and are seeking joint relief.

*/s/ Rebecca Carson*
Rebecca Carson