**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PICTIVA DISPLAYS INTERNATIONAL LTD. *and* KEY PATENT INNOVATIONS LIMITED,<br>*Plaintiffs*,<br>v.<br>SAMSUNG DISPLAY CO. LTD., SAMSUNG ELECTRONICS CO., LTD., *and* SAMSUNG ELECTRONICS AMERICA, INC.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:26-CV-00433-JRG-RSP |

**ORDER**

Before the Court is the parties' Joint Motion and Stipulation of Dismissal. **Dkt. No. 42.** Having considered the Motion, and noting its joint nature, the Court finds it should be, and hereby is, **GRANTED**. Accordingly, it is

**ORDERED** that all claims and causes of action asserted between Plaintiffs and Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. *See* Dkt. No. 4.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 14th day of October, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE